```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0036--CR (JKS)
                                        "USA V WARREN BROOKS"
                                        DEF 1.1 BROOKS, WARREN

                      Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 03/18/04
             Closed: 11/30/05
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: David R. Weber
                     Vasquez & Weber PC
                     943 W. 6th Avenue, Suite 132
                     Anchorage, AK 99501
                     907-279-9122
                     FAX 907-279-9123
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Kevin Feldis
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



 Counts re: DEF 1.1 BROOKS, WARREN

 Document            Count     Citation and Description                          Disposition
 ─────────           ─────     ────────────────────────                          ───────────
     1 -   1 IND     1         18:922(G)(1) & 924(a)(2) FELON IN POSSESSION OF A  Terminated
                               FIREARM (F)

    97 -   1         1-S       18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF  Sentenced
                               A FIREARM (F)                                      (109-1)

    97 -   1         2-S       18:1512(b)(1) and (b)(2) WITNESS TAMPERING (F)     Sentenced
                                                                                  (109-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0036--CR (JKS)
                                 "USA V WARREN BROOKS"

                                   For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 03/18/04
             Closed: 11/30/05
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 03/18/04 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 03/18/04 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 03/19/04 | [Re: DEF 1] JDR Grand Jury Minutes WOA issued habeas ad. pros. to follow, Bail: detention, in State custody. |
| 3 - 1 | 03/23/04 | [Re: DEF 1] PLF 1 petition for writ of h/c ad pros. |
| NOTE - 2 | 03/25/04 | Issued: Writ of H/C ad pros. |
| 4 - 1 | 03/25/04 | [Re: DEF 1] JDR Order granting petition for writ of h/c ad pros (3-1). cc: USA, USM |
| 5 - 1 | 03/25/04 | [Re: DEF 1] JDR Minute Order that arr is set 2:30 p.m., 3/26/04. cc: USA, USM, PO, Def (by USM) |
| NOTE - 4 | 03/26/04 | [Re: DEF 1] Statistical Notice of Arrest; defendant arrested 3/26/04. |
| 6 - 1 | 03/30/04 | [Re: DEF 1] JDR Court Minutes [ECR: Natalie Day] re Arr on Indt hld 3/26/04; MJ Haden apptd; def pled not guilty; def detained; PTM's due 4/15/04; cnal advised of trial date 5/17/04. cc: USA, FPD, USM, USPO, Judge Singleton |
| 7 - 1 | 03/30/04 | [Re: DEF 1] Financial Affidavit. |
| 8 - 1 | 03/30/04 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 9 - 1 | 03/30/04 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 4/2; PTM's due 4/15. cc: USA, FPD |
| NOTE - 3 | 04/02/04 | Issued: Notice of Speedy Trial Act Deadlines to JKS. |
| 10 - 1 | 04/02/04 | [Re: DEF 1] JKS Minute Order setting TBJ for 05/17/04 at 9:00 a.m. and FPTC for 05/12/04 at 10:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 11 - 1 | 04/02/04 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 12 - 1 | 04/02/04 | [Re: DEF 1] Return of WOA executed in Anchorage, AK on 3/26/04. |
| 13 - 1 | 04/12/04 | DEF 1 Unopposed motion on shortened time to extend PTM's deadline to 4/26/04 w/att aff. |
| 14 - 1 | 04/12/04 | DEF 1 Unopposed motion on shortened time to continue trial w/att aff. |
| 15 - 1 | 04/13/04 | [Re: DEF 1] JKS Minute Order setting hrg on unopposed mot on shortened time to cont trial for 04/14/04 at 3:00 p.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0036--CR (JKS)
                              "USA V WARREN BROOKS"
```

For all filing dates

```
Document #   Filed      Docket text

  16 -   1   04/13/04   [Re: DEF 1] JDR Order granting unopposed motion on shortened time to
                        extend PTM's deadline to 4/26/04 (13-1). cc: USA, FPD

  17 -   1   04/15/04   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] Hrg on unopposed
                        mot on shortened time to cont trial Held 04/14/04; granting unopposed
                        mot on shortened time to cont trial (14-1); TBJ set for 05/17/04 vacated
                        and reset for 06/07/04; crt found def's right to effective assistance of
                        cnsl and prepared cnsl outweighs def's, public's, and govt's right to a
                        more speedy trial; trial to last 5 days; FPTC cont to 06/03/04 at 10:00
                        a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC

  18 -   1   04/20/04   [Re: DEF 1] JKS Order of excludable delay; crt found excludable delay
                        under 3161(h)(8)(B)(iv)(4) (T Code).

  19 -   1   04/20/04   DEF 1 motion on shortened time to withdraw as cnsl & to appoint
                        substitute cnsl from CJA panel.

  20 -   1   04/23/04   [Re: DEF 1] JDR Order granting motion to withdraw as cnsl & to appoint
                        Allan Dayan as substitute cnsl from CJA panel (19-1). cc: USA, FPD, FPD
                        CJA Clerk

  21 -   1   04/29/04   [Re: DEF 1] CJA appointment of ALlen Dayan.

  22 -   1   05/04/04   [Re: DEF 1] PLF 1 Plea Agreement.

  23 -   1   05/05/04   [Re: DEF 1] JKS Minute Order setting PCOP for 05/12/04 at 11:00 a.m. cc:
                        USA, A. Dayan, USM, USPO, MJ Roberts, JC

  24 -   1   05/07/04   DEF 1 Notice of Intent to change plea and requedst for change of plea
                        hearing.

  25 -   1   05/13/04   [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] PCOP Held
                        05/12/04; oral mot to cont PCOP granted; PCOP cont to 05/27/04 at 9:00
                        a.m. cc: USA, A. Dayan, USM, USPO, MJ Roberts, JC

  26 -   1   05/26/04   {SEALED}

  27 -   1   05/26/04   {SEALED}

  28 -   1   05/27/04   {SEALED}

  29 -   1   05/27/04   [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] Cont PCOP Held
                        05/27/04; oral req for cont granted; PCOP cont to 06/22/04 at 9:00 a.m.;
                        FPTC set for 06/03/04 and TBJ set for 06/07/04 vacated; new trial date
                        to be set at PCOP if needed; req to compensate S. Dattan granted; cnsl
                        to provide new order; cys of mental health evaluation to be provided to
                        crt and govt. cc: USA, A. Dayan, USM, USPO, MJ Roberts, JC

  30 -   1   05/27/04   [Re: DEF 1] JKS Order of excludable delay; crt found excludable delay
                        under 3161(h)(1)(A) (Code A).

  31 -   1   06/15/04   {SEALED}

  32 -   1   06/21/04   [Re: DEF 1] JKS Minute Order resetting 6/22/04 cont PCOP hrg to 6/29/04
                        at 9:00 a.m.. cc: USA, A. Dayan, USM, USPO
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A04-0036--CR (JKS)
                                   "USA V WARREN BROOKS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 06/28/04 | DEF 1 motion on shortened time to continue 6/29/04 change of plea hearing w/att aff. |
| 34 - 1 | 06/29/04 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re: cont PCOP hrg held 6/29/04; granting mot on shortened time to cont 6/29/04 PCOP hrg (33-1); PCOP hrg cont to 7/29/04 at 9:00 a.m.; cy of Dr. Smith rpt to be fld under seal w/crt by 7/27/04; Dr. Smith may appear telephonically at cont PCOP hrg; crt found excludable delay. cc: USA, A. Dayan, USM, USPO |
| 35 - 1 | 07/07/04 | {SEALED} |
| 35 - 2 | 07/14/04 | {SEALED} |
| 36 - 1 | 07/23/04 | DEF 1 motion on shortened time to continue hearing and to extend the filing date of Dr. Smith's report w/att aff. |
| 37 - 1 | 07/26/04 | [Re: DEF 1] JKS Order granting mot on shortened time to cont hrg and to extend the filing date of Dr. Smith's rpt (36-1); cont PCOP cont to 08/20/04; Dr. Smith's rpt due 08/16/04. cc: USA, A. Dayan |
| 38 - 1 | 07/27/04 | [Re: DEF 1] PLF 1 Unopposed motion to reschedule status hearing set for 08/20/04. |
| 39 - 1 | 07/29/04 | [Re: DEF 1] JKS Order granting Unopposed motion to reschedule status hearing set for 08/20/04 to 9/3/04 at 9:00 a.m. (38-1). cc: USA, A. Dayan, USM, USPO, MJ Roberts |
| 40 - 1 | 08/20/04 | {SEALED} |
| 41 - 1 | 08/25/04 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time for order that defendant be re-evaluated for competency pursuant to 18 USC 4241. |
| 41 - 2 | 08/25/04 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue status hearing. |
| 42 - 1 | 08/26/04 | [Re: DEF 1] JKS Order granting unoppo mots on shortened time for order that defendant be re-evaluated & to continue stat hrg (41-1), (41-2); 9/3/04 stat hrg reset for 9/17/04 @ 9:00 a.m.. cc: USA, A. Dayan, USM, USPO |
| 43 - 1 | 09/15/04 | {SEALED} |
| 44 - 1 | 09/17/04 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re: Continued PCOP held 9/17/04; Govt to submit proposed order re competency eval due cob 9/17/04.  cc: USA, A. Dayan, USM, USPO, MJ Roberts |
| 45 - 1 | 09/20/04 | [Re: DEF 1] JKS Order committing def to the cust of the USBOP for psychiatric, neurological, neuropsychological, & medical examination; USM to transfer def to csutody of BOP to a facility as directed for a period not exceed 4 mos. cc: USA, A. Dayan, USM, USPO, MJ Roberts |
| 46 - 1 | 11/10/04 | {SEALED} |
| 47 - 1 | 11/12/04 | [Re: DEF 1] JKS Minute Order re status conf set for 11/15/04 at 2:30 p.m. cc: USA, A.Dayan, USPO, USM |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0036--CR (JKS)
                              "USA V WARREN BROOKS"

                              For all filing dates


 Document #   Filed     Docket text

   48 -   1  11/16/04   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: Status
                        Conference (held 11/15/04); cont to 11/22/04 at 1:30 pm w/cnsl & def
                        only; govt cnsl to provide Mr. Dayan cds for review prior to 11/22/04;
                        crt to rule at cont status conf if cds can be provided to Dr. Hyatt; USM
                        to return def to Alaska as soon as it can be arranged.  cc: USA, A.
                        Dayan, USM, USPO

   49 -   1  11/23/04   [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re cont status
                        conf hld 11/22/04; crt granted govt's notice of disclosure of GJ
                        material to crt orderd BOP psychologist. cc: USA, A. Dayan

   50 -   1  01/07/05   {SEALED}

   50 -   2  01/11/05   {SEALED}

   51 -   1  01/26/05   {SEALED}

   52 -   1  01/26/05   {SEALED}

   53 -   1  01/27/05   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: Status
                        Hearing (held 1/26/05); def cnsl to file doc by 2/7/05 advising crt if
                        matter to be set on for Competency Hrg or PCOP; matter to be reassigned;
                        ordr setting trial date to be issued by crt.  cc: USA, A. DAYAN, USM,
                        USPO, MJ Roberts, JC

   54 -   1  02/08/05   DEF 1 motion to accept one day late fld mot for competency hearing .

   55 -   1  02/09/05   [Re: DEF 1] JKS Minute Order re case is reassigned to Judge Sedwick. cc:
                        USA, A. Dayan, USM, USPO, MJ Roberts, Judge Sedwick

   56 -   1  02/10/05   [Re: DEF 1] JWS Order granting motion to accept one day late fld mot for
                        competency hearing (54-1). cc: USA, A. Dayan

   57 -   1  02/10/05   DEF 1 motion for competency hearing.

   58 -   1  02/14/05   [Re: DEF 1] JWS Order granting mot for competency hrg (57-1); hrg set
                        2/22/05 @ 8:30 a.m.. cc: USA, A. Dayan, USM, USPO

   59 -   1  02/16/05   [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue
                        competency hearing.

   60 -   1  02/16/05   [Re: DEF 1] JWS Minute Order that by agreement of the judges this case
                        is reassigned to Judge Singleton for future proceedings; use case number
                        A04-036 CR (JKS) on future filings. cc: USA, A. Dayan, USM, USPO, MJ
                        Roberts, Judge Singleton

   61 -   1  02/16/05   [Re: DEF 1] JWS Order granting unoppo mot on shortened time to continue
                        2/22/05 competency hrg (59-1); competency hrg reset to 4/5/05 @ 1:30
                        p.m. before Judge Singleton. cc: USA, A. Dayan, USM, USPO, Judge
                        Singleton

   62 -   1  03/18/05   [Re: DEF 1] PLF 1 motion (joint) on shortened time to continue
                        competency hearing.

   63 -   1  03/21/05   [Re: DEF 1] JKS Minute Order granting motion (joint) on shortened time
                        to continue competency hearing (62-1); competency hrg RESET to 4/26/05
                        at 1:30 p.m. cc: USA, A. Dayan, USM, USPO
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0036--CR (JKS)
                                 "USA V WARREN BROOKS"

                                  For all filing dates

Document #   Filed      Docket text

   64 -  1   04/26/05   DEF 1 Unopposed motion on shortened time to cont hrg & to ext flg date
                        of Dr. Smith's amended report w/att aff.

   65 -  1   04/26/05   [Re: DEF 1] JKS Minute Order granting unopposed motion on shortened time
                        to cont hrg & to ext flg date of Dr. Smiths report (64-1); competency
                        hrg cont to 5/23/05 at 2:30 p.m.; report due 5/3/05. cc: USA, A. Dayan,
                        USM, USPO, MJ Roberts

   66 -  1   04/27/05   {SEALED}

   67 -  1   05/20/05   {SEALED}

   68 -  1   05/23/05   {SEALED}

   69 -  1   05/24/05   {SEALED}

   70 -  1   05/26/05   [Re: DEF 1] JKS Minute Order re competency hrg set for 6/27/05 at 1:30
                        p.m. cc: USA, D. Weber, USM, USPO

   71 -  1   05/31/05   [Re: DEF 1] JKS AMENDED Minute Order re competency hrg set for 6/27/05
                        at 2:30 p.m. cc: USA, D. Weber, USM, USPO

   72 -  1   06/01/05   [Re: DEF 1] CJA appointment of D. Weber.

   73 -  1   06/03/05   DEF 1 motion for discharge of attorney for ineffective assitance of
                        counsel w/att affs & exhs.

   74 -  1   06/09/05   [Re: DEF 1] JKS Minute Order terminating in light of this order: motion
                        for discharge of attorney for ineffective assitance of counsel (73-1).
                        cc: USA, D. Weber

   75 -  1   06/09/05   DEF 1 Attorney Appearance of D. Weber.

   76 -  1   06/23/05   DEF 1 Notice concerning competency and plea.

   77 -  1   06/28/05   [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re Stat Conf (held
                        6/27/05); def found competent; TBJ set for 9/13/05, FPTC set for 9/7/05
                        at 9:00 a.m.; mot's due by 7/15/05, govt's response due by noon on
                        7/25/05; Stat Conf set for 7/25/05 at 4:00 p.m.; cc: USA, D. Weber, USM,
                        USPO, JC, MJ Roberts.

   78 -  1   07/11/05   DEF 1 motion to suppress evidence obtained by unlawful stop & memorandum
                        in support thereof.

   79 -  1   07/11/05   {SEALED}

   80 -  1   07/11/05   {SEALED}

   81 -  1   07/20/05   ZZZ 1 Attorney Appearance of Joyce Johnson.

   82 -  1   07/20/05   ZZZ 1 Notice of intent to contest multiple subpoenas w/att exhs.

   83 -  1   07/20/05   [Re: DEF 1] ZZZ 2 motion to quash subpoena w/att memo & exh.

   84 -  1   07/21/05   DEF 1 opposition to [Re: DEF 1] ZZZ 2 motion to quash subpoena (83-1).

   85 -  1   07/21/05   [Re: DEF 1] PLF 1 motion on shortened time to quash improper subpoenas
                        issued by def.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0036--CR (JKS)
                                       "USA V WARREN BROOKS"

                                        For all filing dates

Document #    Filed      Docket text

    86 -  1   07/22/05   DEF 1 opposition to [Re: DEF 1] PLF 1 motion on shortened time to quash
                         improper subpoenas issued by def (85-1) w/att exhs.

    87 -  1   07/25/05   ZZZ 1 motion to quash/modify subpoeans w/att exhs, notice & aff.

    88 -  1   07/25/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence
                         obtained by unlawful stop & memorandum in support thereof (78-1).

    89 -  1   07/26/05   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re Status Conf
                         (held 7/25/05); O/A on mots to quash subpoenas set for 9:00 am on
                         7/28/05; Mr. Linton w/SOA and Ms. Johnson w/MOA to be notified of
                         hearing and they are to have with them items being subpoenaed; evid hrg
                         re: def's mot to suppress set for 10:00 am on 7/28/05; govt advised they
                         will need 2 hours to present evidence.   cc:  USA, M. Rosenbaum, USM,
                         USPO, L. Linton, J. Johnson

    90 -  1   07/26/05   [Re: DEF 1] ZZZ 1 addendum to motion to quash/modify subpoeans (87-1).

    91 -  1   07/27/05   ZZZ 1 Notice of filing signed affidavit re: ZZZ 1 motion to quash/modify
                         subpoeans (87-1) w/att aff.

    92 -  1   07/29/05   [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re Evid Hrg on Mot to
                         Suppress (DOC #78) (held 7/28/05); matter taken under advisement,
                         written ruling to issue; def det cont; w/att list of exh and wit; all
                         admitted exh retained by the court; cc: USA, D. Weber, USM, USPO, MJ
                         Roberts.

    93 -  1   08/01/05   [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re O/A on Mots to
                         Quash Subps (Doc # 83, 85, 87) (held 7/28/05); granting motion to quash
                         subpoena (83-1); granting/denying motion on shortened time to quash
                         improper subpoenas issued by def (85-1), motion to quash/modify
                         subpoeans (87-1), personnel and internal affairs files granted, dispatch
                         tape and log denied as moot, cassette tapes granted, e-mails granted;
                         cc: USA, SOA, MOA, D. Weber, USM, USPO, MJ Roberts.

    94 -  1   08/02/05   [Re: DEF 1] JKS Order denying motion to suppress evidence obtained by
                         unlawful stop (78-1). cc: USA, D. Weber

    95 -  1   08/05/05   [Re: DEF 1] Exhibit Inventory & Disposition Notice. Exhs A,B,C,D,E,F
                         returned by certified mail to David Weber.

    96 -  1   08/08/05   [Re: DEF 1] Exhibit Inventory & Disposition Notice> Exhs 1-14 returned
                         to plf 8/5/05.

    97 -  1   08/18/05   [Re: DEF 1] PLF 1 First Superseding Indictment.

    98 -  1   08/19/05   [Re: DEF 1] JDR Grand Jury Minutes re no bail set; set for arr & notify
                         USM; def in custody.

    99 -  1   08/19/05   [Re: DEF 1] JDR Minute Order re Arr on SIndt set for 8/24/05 at 11:00
                         a.m. cc: USA, D. Weber, USM, USPO, Judge Singleton

   100 -  1   08/23/05   [Re: DEF 1] Transcript re: Evid Hrg on Mot to Suppress Dkt #78 held
                         7/28/05.

   101 -  1   08/24/05   [Re: DEF 1] MEG Court Minutes [ECR: Linda Christensen] re Arr on SIndt
                         (held 8/24/05); plead NG to Cts 1, & 2 of SIndt; def detention cont;
                         trial set for 9/13/05.   cc:  USA, D. Weber, USM, USPO, Judge Singleton,

ACRS: R_RDSDX                 As of 12/01/05 at 2:55 PM by GARRY                        Page 6
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0036--CR (JKS)
                              "USA V WARREN BROOKS"

                              For all filing dates

 Document #    Filed     Docket text
 ----------    -----     -----------
                         MJ Roberts

   102 -  1   09/01/05   DEF 1 Notice of Intent to change plea,

   103 -  1   09/02/05   [Re: DEF 1] JKS Minute Order re PCOP hrg set for 9/7/05 at 9:00 a.m. cc:
                         USA, D. Weber, USM, USPO, MJ Roberts

   104 -  1   09/07/05   [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re PCOP (held
                         9/7/05); matter continued to 9/8/05 at 9:00 a.m.  cc: USA, D. Weber,
                         USM, USPO

   105 -  1   09/08/05   [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re Cont Proposed
                         Change of Plea Hrg / FPTC (held 9/8/05); def changed pleas to Guilty on
                         Cts 1 and 2 of the First SIndt; crt accepted pleas; IOS set for 11/28/05
                         at 10:00 a.m.; def det cont; TBJ set for 9/13/05 at 9:00 a.m. is
                         vacated; cc: USA, D. Weber, USM, USPO, JC, MJ Roberts.

   106 -  1   11/21/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

   107 -  1   11/22/05   DEF 1 Sentencing Brief.

   108 -  1   11/28/05   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re IOS (held
                         11/28/05); def sentenced as stated in judgment; notice of appeal form
                         given to defense cnsl; def remanded to USM; plf admitted exhs 1-5
                         returned to cnsl.  cc:  USA, D. WEBER, USM, USPO

   109 -  1   11/30/05   [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1S,2S of document
                         (97-1) ; sent 30 mos; SR 36 mos; SA $200. cc: USA, D. Weber, USM, USPO,
                         MJ Roberts, Finance, FLU, def w/cnsls cy
```