Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>WARREN BROOKS,<br><br>                Defendant. | NO. 3:04-cr-00036-JKS<br><br><br>**MOTION TO CORRECT<br>SENTENCE AND MODIFY<br>JUDGMENT** |

          Comes now the defendant, Warren Brooks, by and through Rich Curtner,

Federal Defender, as a friend of the court, and moves this court for an order amending the

judgment in the above-captioned case filed November 30, 2005.  This motion is made

pursuant to Rule 36 of the Federal Rules of Criminal Procedure to correct a clerical error

in the judgment arising from oversight or omission.

          Mr. Brooks was sentenced on November 28, 2005, to a sentence of 30

months imprisonment on two counts of the indictment, "both such terms to run

concurrently."  (Judgment at Docket No. 109)  The judgment further specified "Defendant

to receive credit for time in federal custody from March 7, 2004."

Mr. Brooks was at that time represented by David Weber, appointed to represent Mr. Brooks under the CJA plan for the District of Alaska. Mr. Weber is no longer on the panel, since he is currently employed with the State of Alaska Public Defender Agency.

Mr. Brooks was originally arrested on state charges on March 7, 2004. The indictment in this case was filed on March 17, 2004, and Mr. Brooks was ordered detained on this indictment on March 26, 2004.

Although Mr. Brooks was originally in the custody of the State of Alaska, there were no state actions pending against Mr. Brooks from July 23, 2004, to September 26, 2005. Mr. Brooks has been in continued custody from March 7, 2004, to today. Mr. Brooks is currently incarcerated at the SeaTac Federal Detention Center.

Mr. Brooks has requested that the Office of the Federal Defender assist him in correcting his judgment. Both Mr. Brooks and Mr. Weber have represented that it is their understanding that the sentence imposed by the court was intended to include credit for time served in custody from March 7, 2004, to the date of imposition of sentence on November 28, 2005.

Rich Curtner, Federal Defender, has contacted the staff of SeaTac concerning Mr. Brooks' judgment. The Bureau of Prisons has credited Mr. Brooks with only 112 days jail credit toward his sentence. They have not given Mr. Brooks any jail credit from 2005 or 2006. Mr. Brooks' current release date is September 27, 2009.

The staff at SeaTac has acknowledged that their calculation is based on the judgment as written. In order to provide Mr. Brooks with the correct credit for time served in detention, the judgment should read as follows:

"30 months on each of Counts 1 and 2, both such terms to run concurrently **with each other**, and **concurrently with any state sentence**, Defendant **shall** receive credit for **any prior time served in custody** from March 7, 2004, **to the present**."

If Mr. Brooks' judgment is modified to include the above language, Mr. Brooks is eligible for immediate release.

DATED at Anchorage, Alaska this 25th day of July, 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       rich_curtner@fd.org

Certification:

I certify that on July 25, 2008,
a copy of the **Motion to Correct
Sentence and Modify Judgment**
was served electronically on:

Kevin Feldis
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: Kevin.Feldis@usdoj.gov

and a copy was hand delivered to:

Eric Odegard
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Rich Curtner

*United States v. Warren Brooks*
Case No. 3:04-cr-00036-JKS                                          Page 3