UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:04-cr-00036-JKS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| WARREN BROOKS, | |
| Defendant. | |

After due consideration of the Defendant's Motion to Correct Sentence and Modify Judgment, the motion is granted.

IT IS HEREBY ORDERED that Warren Brooks' Judgment (filed at Docket No. 109), shall be amended to reflect a sentence at paragraph one of page two that reads as follows:

> "30 months on each of Counts 1 and 2, both such terms to run concurrently **with each other**, and **concurrently with any state sentence**, Defendant **shall** receive credit for **any prior time served in custody** from March 7, 2004, **to the present**."

DATED this _____ day of _____ 2008, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE