Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WARREN BROOKS,<br><br>　　　　　Defendant. | NO. 3:04-cr-00036-JKS<br><br>**WARREN BROOKS' REPLY TO THE GOVERNMENT'S OPPOSITION (Docket No. 115) TO HIS MOTION TO CORRECT SENTENCE AND MODIFY JUDGMENT (Docket No. 114), AND REQUEST FOR A HEARING** |

　　　　Warren Brooks was sentenced by this Court on November 28, 2005, to serve 30 months.  He had already been in jail for over 20 months prior to sentencing.  Mr. Brooks remains in BOP custody at the SeaTac Detention Center with a projected release date of September 27, 2009.

　　　　Mr. Brooks has contacted his appointed counsel, David Weber, the Office of the Federal Defender, and attempted to address the court directly on numerous occasions, insisting that he has served his sentence and should be released.  The Bureau of Prisons has credited only 112 days of pretrial custody credit to Mr. Brooks' sentence.

Current counsel for Mr. Brooks has consulted with counsel for the government, the probation office, the Bureau of Prisons and the Alaska Department of Corrections about Mr. Brooks' time accounting. There is no consensus as to what is the proper accounting calculation. But no one can definitively say that Mr. Brooks is not currently serving an illegal sentence.

It appears that the only way Mr. Brooks' sentence can be addressed to the satisfaction of all parties is for the court to schedule a hearing at which both the Bureau of Prisons and the Alaska Department of Corrections can provide the necessary records concerning the time accounting of Mr. Brooks' pretrial credit.

DATED at Anchorage, Alaska this 18th day of August 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   rich_curtner@fd.org

Certification:
I certify that on August 18, 2008,
a copy of **Warren Brooks' Reply to the Government's Opposition (Docket No. 115) to His Motion to Correct Sentence and Modify Judgment (Docket No. 114), and Request for a Hearing** was served electronically on:

Kevin Feldis
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: Kevin.Feldis@usdoj.gov

/s/Rich Curtner