UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WARREN BROOKS,<br><br>　　　　Defendant. | NO. 3:04-cr-00036-JKS<br><br>**PROPOSED ORDER** |

　　　　After due consideration of Warren Brooks' Reply to the Government's Opposition (Docket No. 115) to His Motion to Correct Sentence and Modify Judgment (Docket No. 114), and Request for a Hearing, the motion for a hearing is granted.

　　　　IT IS HEREBY ORDERED that a hearing on Warren Brooks' Motion to Correct Sentence is scheduled for _____, 2008, at _____ __.m. The defendant may appear telephonically by calling the court at 907-_____.

　　　　DATED this _____ day of _____ 2008, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE