UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>WARREN BROOKS,<br><br>        Defendant. | NO. 3:04-cr-00036-JKS<br><br>**ORDER** |

After due consideration of Warren Brooks' Reply to the Government's Opposition (Docket No. 115) to his Motion to Correct Sentence and Modify Judgment (Docket No. 114), and Request for a Hearing, the motion for a hearing is GRANTED.

The Motion to Correct Sentence and Modify Judgment at Docket No. 114 is referred to the Honorable John D. Roberts, U. S. Magistrate Judge, to consider the evidence and arguments of counsel and inform the Court in a report and recommendation a proposed resolution of the dispute regarding the credit Warren Brooks should receive for time served on his federal sentence.  28 U.S.C. § 636.

**IT IS HEREBY ORDERED** that a hearing on Warren Brooks' Motion to Correct Sentence is scheduled for **September 5, 2008, at 1:30 p.m.** before the Honorable John D. Roberts in Courtroom 6.  The Defendant may appear telephonically by calling the court at 907 677-6231.

DATED this 20th day of August 2008, in Anchorage, Alaska.

              /s/James K. Singleton, Jr.
              JAMES K. SINGLETON, JR.
              U.S. DISTRICT JUDGE