MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. WARREN BROOKS        CASE NO. 3:04-CR-00036-JKS
Defendant: _X_ Present/Telephonic _X_ In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:   KEVIN FELDIS

DEFENDANT'S ATTORNEY:        RICHARD CURTNER

U.S.P.O.:                    PAMELA SHAW

PROCEEDINGS: STATUS CONFERENCE (EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO CORRECT SENTENCE AND MODIFY JUDGMENT (DKT 114))HELD SEPTEMBER 5, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:37 p.m. court convened.

Court and counsel heard re subpoenas on State of Alaska Department of Corrections, disputes on time accounting for time served re defendant and language on page three of the Plaintiff's brief.

Court and counsel heard re defendant's oral Motion to Continue Evidentiary Hearing on Defendant's Motion to Correct Sentence and Modify Judgement (DKT 114)and set the hearing for 9/10/2008; **GRANTED.**

Evidentiary Hearing on Defendant's Motion to Correct Sentence and Modify Judgement (DKT 114) set for **9/10/2008 at 2:00 p.m.** before John D. Roberts.

Defendant's detention continued.

At 1:58 p.m. court adjourned.


DATE:    SEPTEMBER 5, 2008      DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07