UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>WARREN BROOKS,<br><br>        Defendant. | 3:04-cr-036-JKS-JDR<br><br>**ORDER<br>REGARDING<br>MOTION TO ALTER<br>JUDGMENT AND CORRECT<br>SENTENCE<br>(Docket No. 114)** |

       Defendant **Warren Brooks** moves the court for an order amending the judgment. Docket No. 114, The government filed an opposition. Docket No. 115. At the scheduled evidentiary hearing the defendant stated that he has been released from custody as of September 9, 2008, and he moved to withdraw his motion to modify or correct his sentence. Accordingly, defendant Brooks' oral motion to withdraw his motion to correct sentence and modify judgment filed at Docket No. 114

was GRANTED. Accordingly, the referral to the to the Magistrate judge is deemed terminated.

DATED this 10th day of September, 2008, at Anchorage, Alaska.

   /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge

3-04-cr-036-JKS-JDR BROOKS @114 Order Re Mtn to Correct Sentence_mtd.wpd     2

3-04-cr-036-JKS-JDR     ORDER @114 Regarding Motion to Alter Judgment     09/10/2008; Page 2 of 2
Signed by Judge John D. Roberts