MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. WARREN BROOKS   CASE NO. 3:04-CR-00036-JKS
Defendant: X Present  X On Summons

BEFORE THE HONORABLE:   JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:   ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:   KEVIN FELDIS

DEFENDANT'S ATTORNEY:   RICHARD CURTNER

U.S.P.O.:   NONE PRESENT

PROCEEDINGS: STATUS CONFERENCE (CONTINUED EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO CORRECT SENTENCE AND MODIFY JUDGMENT (DKT 114) )HELD SEPTEMBER 10, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:04 p.m. court convened.

Court and counsel heard re defendant's Oral Motion to Withdraw Defendant's Motion to Correct Sentence and Modify Judgment (DKT 114); matter taken **UNDER ADVISEMENT** written ruling to issue.

At 2:06 p.m. court adjourned.

DATE:   SEPTEMBER 10, 2008   DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07