Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

Counsel for Defendant Warren Brooks

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>WARREN BROOKS,<br><br>           Defendant. | Case No. 3:04-cr-00036-HRH<br><br>**MOTION TO UNSEAL PROCEEDINGS FOR LIMITED PURPOSE** |

Defendant Warren Brooks, through counsel, Gretchen L. Staft, Assistant Federal Defender, moves this Court for an order unsealing proceedings for the limited purpose of allowing defense counsel to obtain copies of the reports relied on to determine Mr. Brooks' competency in this case. Undersigned counsel wishes to review the reports for mitigation purposes for Mr. Brooks' current federal case *United States v. Brooks*; 3:19-cr-00092-RRB-DMS. Undersigned further requests that the proceedings otherwise remain sealed for all other purposes.

Due to the age of this case, the docket report does not include enough descriptive information for counsel to identify with certainty the reports. However, counsel was able to ascertain from the docket report that Drs. Smith and Hyatt submitted reports that appear to pertain to Mr. Brooks' competency. Dockets 34, 48, 65.

Undersigned counsel respectfully requests any and all reports pertaining to Mr. Brooks' competency submitted in this case and authored by Drs. Hyatt or Smith, and/or any other professional who may have submitted a report in this case regarding Mr. Brooks' competency, and the proceedings shall otherwise remain sealed for all other purposes.

DATED at Anchorage, Alaska this 28th day of January, 2020.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gretchen L. Staft*
Gretchen L. Staft
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on January 28, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen L. Staft*